SANDRA HARLIB v. HERBERT HARLIB.—

Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

P. P. X. ENTERPRISES, INC., v. VICTOR CATALA et al.—

Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

DAVE FLEISCHER v. W. P. I. X. INC.— Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

ANNA ROTHOUSE v. ASSOCIATION OF LAKE MOHEGAN PARK PROPERTY OWNERS, INC.—

Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

HARRY A. SHARPE v. EMPIRE STATE MUTUAL SALES, INC., et al.—

Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.